IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PACIFIC COAST FEDERATION OF
FISHERMEN'S ASSOCIATIONS,
et al.,

         Petitioners,

         v.

BONNEVILLE POWER
ADMINISTRATION,

         Respondent.

No. 20-73761

**DECLARATION OF AMANDA W. GOODIN IN SUPPORT OF REPLY IN
SUPPORT OF MOTION FOR LIMITED REOPENING OF PETITION**

1. My name is Amanda W. Goodin, and I am the lead attorney for
Petitioners Pacific Coast Federation of Fishermen's Association *et al.* in this case
against the Bonneville Power Administration (BPA) and parallel litigation in the
Oregon district court against the National Marine Fisheries Service (NMFS), the
U.S. Army Corps of Engineers ("Corps"), and the Bureau of Reclamation
("Bureau"). These challenges continue long-running litigation over the harm the
federal Columbia River hydropower system causes to threatened and endangered
salmon and steelhead in the Columbia River Basin.

1

2.      On December 13, 2023, Petitioners, the federal government, two states, and six tribal nations entered into a broad and carefully negotiated Memorandum of Understanding (MOU) pursuant to which longstanding litigation in this Court and in the District of Oregon was stayed for a period of five years, with a possible extension of another five years. Stipulated Motion, Dkt. 58-1, at 1–3 (describing developments in *National Wildlife Federation v. National Marine Fisheries Service*, No. 3:01-cv-640-SI (D. Or.) ("*NWF v. NMFS*")).

3.      On June 24, 2025, pursuant to a Presidential Memorandum of June 12, 2025, entitled, "Stopping Radical Environmentalism to Generate Power for the Columbia River Basin," BPA and the federal agency defendants in *NWF v. NMFS* abruptly withdrew from the MOU, without taking any of the steps for dispute resolution that the MOU required. The plaintiffs in *NWF v. NMFS* notified the district court of the agencies' withdrawal on July 17, 2025, and after extensive conferral with allied parties in that case, moved the district court on September 12, 2025, to lift its stay of proceedings and set a schedule for further litigation beginning with *NWF* plaintiffs' motion for a preliminary injunction against NMFS, the Corps, and the Bureau.

4.      The district court granted the plaintiffs' request to lift its stay on September 12, 2025, and issued an order setting a schedule for further injunction motions on September 22, 2025. *NWF* plaintiffs filed their motion for a

preliminary injunction on October 14, 2025; the federal defendants filed their opposition brief and 15 expert declarations on December 15, 2025, as well as a separate motion to dismiss. *NWF* plaintiffs filed their opposition to the motion to dismiss on January 15, 2026, and their reply in support of preliminary injunction (including expert reply declarations) on January 22, 2026. The district court has set a hearing on *NWF* plaintiffs' preliminary injunction motion and federal defendants' motion to dismiss for February 6, 2026.

5.     In this crush of negotiations over the sudden end of the MOU, restarting the district court litigation, and technical and substantive injunction briefing, and without a docket alert to trigger a contingent deadline in a dismissed case, we inadvertently failed to adhere to the 28-day administrative notice period in the order dismissing this challenge against BPA.

6.     Federal Defendants first informed us of the missed notification date when they filed their motion to dismiss in the district court proceedings in mid-December, along with their 100-page preliminary injunction opposition brief and 15 expert declarations. Since that time, we have diligently worked to address this mistake.

7.     There is no tactical advantage inherent in our error; instead, Petitioners face the possibility of being unable to pursue claims against BPA for its 2020 Record of Decision, even though the Petition for Review was timely filed.

3

8.    We have asked the Court to reopen this Petition for the limited purpose of resetting the time for any party to request, within 60 days of a decision on the plaintiffs' pending motions for a preliminary injunction in *NWF v. NMFS*, No. 3:01-cv-640-SI (D. Or.), a full reopening of this case, reinstatement of the Petition, and re-establishment of a schedule for moving the Petition forward.

Respectfully submitted this 27th day of January, 2026.

*/s/  Amanda W. Goodin*
TODD D. TRUE (WSB #12864)
AMANDA W. GOODIN (WSB #41312)
Earthjustice
810 Third Ave., Suite 610
Seattle, WA  98104
(206) 343-7340 | Phone
ttrue@earthjustice.org
agoodin@earthjustice.org

DANIEL J. ROHLF (OSB #99006)
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd., MSC 51
Portland, OR  97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax
rohlf@lclark.edu

*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing DECLARATION OF AMANDA W. GOODIN IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR LIMITED REOPENING OF PETITION was filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit via the Court's CM/ECF system and served on all parties of record.

Dated: January 27, 2026          */s/  Amanda W. Goodin*
                                 AMANDA W. GOODIN (WSB #41312)

5